IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ED FIALA, individually, and on behalf of other similarly situated persons who reside within the Wasco Sanitary District, and TIM KOBLER CUSTOM HOMES, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> WASCO SANITARY DISTRICT, ROBERT SKIDMORE, RAUL BRIZUELA, GARY SINDELAR, CHARLES V. MUSCARELLO, PATRICK GRIFFIN, JERRY BOOZE, KENNETH BLOOD, FOX MILL LIMITED PARTNERSHIP, B&B ENTERPRISES, and HUDSON HARRISON, <br><br> *Defendants*. | Case No. |

**NOTICE OF REMOVAL**

Defendants Robert Skidmore, Raul Brizuela and Gary Sindelar, by undersigned counsel, for themselves and on behalf of defendants Wasco Sanitary District, Charles V. Muscarello, Patrick Griffin, Jerry Boose, Kenneth Blood, B&B Enterprises, Fox Mill Limited Partnership and Hudson Harrison (collectively "Defendants"), pursuant to 28 U.S.C. §1441, hereby give notice of removal to the United States District Court for the Northern District of Illinois, Eastern Division, of the case entitled *Fiala et al. v. Wasco Sanitary District, et al.*, Case No. 10 L 223, currently pending in the Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois. In support of this Notice of Removal, Defendants state as follows:

1.  This case was originally filed on April 26, 2010, in the Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois. As required by 28 U.S.C. § 1446(a), a true and correct copy of Plaintiffs' Complaint, with exhibits, is attached.

2. This case is subject to removal pursuant to 28 U.S..C. § 1441(a) because it is a civil action "of which the district courts of the United States have original jurisdiction." Specifically, Count I of the Complaint presents claims against all Defendants under the Racketeer Influenced and Corrupt Organizations ("RICO") statute, 18 U.S.C. §1961 *et seq.* Plaintiffs' RICO allegations dominate the Complaint (see Complaint paragraphs 18-60, pp. 7-41). Accordingly this Court has original jurisdiction over this case pursuant to 28 U.S.C. §1331, and would have had such jurisdiction had the case been filed in this Court initially.

3. The remaining claims reincorporate the allegations in the complaint that are set forth in the RICO count, and are "so related to" the RICO claim "that they form part of the same case or controversy under Article III of the United States Constitution." These claims are thus subject to the supplemental jurisdiction of this Court under 28 U.S.C. § 1367, and would have been had the case been filed in this Court initially.

4. The amount claimed by Plaintiffs as damages is in excess of $3,000,000.00 and demand for trial by jury has been made. Plaintiffs also seek injunctive and declaratory relief.

5. This Notice of Removal is filed within thirty (30) days of service of the Complaint (or waiver of such service) by all Defendants, as required by 28 U.S.C. § 1446(b).

6. All Defendants in this action consent to removal as required by 28 U.S.C. §1441(a). See *Doe v. GTE Corp.*, 347 F.3d 655, 657 (7th Cir. 2003). Letters of consent from counsel for all Defendants (except those represented by undersigned counsel) are attached to this Notice.

        Respectfully submitted,

        Raul Brizuela, Gary Sindelar and Robert Skidmore, *Defendants,*

By:        /s/ Joel D. Bertocchi
                One of their Attorneys

Matthew P. Walsh, II
Joel D. Bertocchi
Rodger A. Heaton
Daniel L. Farris
HINSHAW & CULBERTSON, LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601
Ph:   (312) 704-3000
Fax:  (312) 704-3001

**CERTIFICATE OF SERVICE**

  JOEL D. BERTOCCHI, an attorney, hereby certifies that on May 11, 2010 he caused a true and correct copy of the attached **Notice of Removal** with attachments to be filed with the clerk of the Circuit Court for the Sixteenth Judicial Circuit, Kane County, Illinois, and also to be filed with this Court's ECF System and served by e-mail and by U.S. Mail on counsel for all defendants, as follows:

| | |
|---|---|
| Thomas M. Leinenweber<br>Leinenweber, Baroni & Daffada LLC<br>190 S. LaSalle Street<br>Suite 850<br>Chicago, IL 60603 | Robert K. Villa<br>The Villa Law Firm LLC<br>4N701 School Road<br>Suite A<br>St. Charles, IL 60175 |
| James H. Bowhay<br>Figliulo & Silverman, PC<br>10 South LaSalle Street<br>Suite 3600<br>Chicago, IL 60603 | Thomas G. DiCianni<br>Ancel Glink Diamond Bush<br> DiCianni & Krafthefer, PC<br>140 South Dearborn Street<br>Suite 600<br>Chicago, IL 60603 |

and on counsel for plaintiffs, as follows:

James P. Newman
Newman Raiz, LLC
2570 Foxfield Road, Suite 201
St. Charles, IL 60174

                 ___/s/ Joel D. Bertocchi_____