# United States District Court
## Northern District of Illinois
### Eastern Division

Fiala et al.                                        **JUDGMENT IN A CIVIL CASE**

            v.                                     Case Number: 10 C 2895

Brizuela et al

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered on the RICO claims in favor of Defendants and against Plaintiffs Ed Fiala and Tim Kobler Custom Homes, Inc. Plaintiffs' state law claims are remanded to the Circuit Court of the Sixteenth Judicial District, Kane County, Illinois.

                                             Thomas G. Bruton, Clerk of Court

Date: 3/16/2012                            _____
                                                    /s/ Jackie Deanes, Deputy Clerk